```
PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States
```

**SEALED**

FILED
Jan 03, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOREN QUALLS, *pro se* an individual, THEKARMICLEAF, a Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> SMALL BUSINESS ADMINISTRATION, a independent agency of the federal government, SUPPLEMENTAL TARGETED ADVANCE PROGRAM, a not-for-profit initiative. INDIVIDUALLY Isabella Guzman, Antwan Griffin, Mark Lingren, Diedra Henry-Spires, Major Clark, Kendall Corely, Francisco Sanchez, June Healy, And DOES 1-10 <br><br> Defendants. | CASE NO. 1:22-CV-00511-JLT-HBK <br><br> THE UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL <br><br> [FILED UNDER SEAL] |

On or about January 3, 2023, Relators LOREN QUALLS, pro se, an individual, and THEKARMICLEAF, a Limited Liability Company, filed a Notice of Voluntary Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to

pursue or monitor the action based on currently available information.

The United States requests that the Relators' Complaint, the Relators' Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed.

A proposed order accompanies this notice.

Dated: January 3, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Colleen M. Kennedy*
COLLEEN M. KENNEDY
Assistant United States Attorney